IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TORIANO PETERSON,

    **Plaintiff,**

v.                                                      Case No. 5:14cv265-MW/CJK

CORRECTIONS CORPORATION
OF AMERICA, and THE GEO
GROUP, INC.,

    **Defendants.**

_____/

## ORDER REQUIRING ADDITIONAL BRIEFING BY PLAINTIFF

    Defendant, in its motion for summary judgment, argues that Plaintiff did not suffer an adverse employment action with respect to his retaliation claim. ECF No. 55 at 13-15. Plaintiff has responded to that argument. ECF No. 65 at 11-12.

    Defendant did not specifically argue that Plaintiff did not suffer an adverse employment action with respect to his substantive discrimination claim. However, the standard for an adverse employment action in the retaliation context is "more liberal" than in the retaliation context. *Crawford v. Carroll*, 529 F.3d 961, 974 (11th Cir. 2008) (citations and quotations omitted). Defendant's argument that there was no adverse employment action is, a fortiori, stronger with respect to Plaintiff's substantive discrimination claim than to the retaliation claim.

1

2

Plaintiff, however, did not address whether he suffered an adverse employment action in the discrimination context, and instead erroneously stated that Defendant conceded the point. ECF No. 65 at 8. Plaintiff should be afforded an opportunity to properly respond to Defendant's implied argument.

For these reasons,

**IT IS ORDERED**:

Plaintiff shall, not later than seven days from the date of this Order, file a supplemental memorandum of not more than five pages responding to Defendant's implied argument that Plaintiff did not suffer an adverse employment action with respect to his discrimination claim.

**SO ORDERED on August 12, 2015.**

<u>s/Mark E. Walker</u>
**United States District Judge**